**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone: (602) 257-7422
Facsimile: (602) 254-4878
Madeleine C. Wanslee – 012590
mwanslee@gustlaw.com

**Attorneys for** Vista Miller

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vista Miller,<br><br>             Plaintiff.<br><br>v.<br><br>Citibank (New York State), as trustee for The Student Loan Corporation, a member of Citigroup; The Student Loan Corporation, a member of Citigroup,<br><br>             Defendants. | Case No.:<br><br>COMPLAINT<br><br>(Fair Credit Reporting Act/ Defamation) |

For her complaint against Defendant, Plaintiff alleges as follows:

### JURISDICTION

1. This Court has jurisdiction over this matter under the Fair Credit Reporting Act, 15 U.S.C. § 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Phoenix Division of the District of Arizona as Plaintiff's claims arise from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2. Plaintiff brings this action for damages based upon violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims including, but not limited to,

defamation.

3. Plaintiff Vista Miller, formerly known as Vista Clemens, is a natural person and is a resident and citizen of the State of Arizona and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. Defendant Citibank (New York State), as trustee for The Student Loan Corporation, a member of Citigroup ("Citibank") is a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

5. Defendant The Student Loan Corporation ("SLC") is a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer. Both Defendants shall collectively be referred to as "Citibank."

## FACTUAL ALLEGATIONS

6. Plaintiff opened the two Citibank accounts underlying this action in 1998 and 1999 (the "Accounts").

7. Plaintiff has always had a perfect credit history with Citibank.

8. Plaintiff's creditworthiness has been unfairly and repeatedly compromised by the acts, obduracy and general indifference of Citibank.

9. On or about November 14, 2000, Plaintiff checked her credit profiles and learned that Citibank listed Plaintiff's Accounts as included in bankruptcy.

10. Between the fall of 2000 and Spring of 2001, Plaintiff made numerous telephone calls and credit disputes and wrote letters to correct the erroneous bankruptcy reporting before it was finally removed from her credit profile.

11. In the Spring of 2003, Plaintiff learned that Citibank had for the second

time reported on Plaintiff's credit profile that Plaintiff's Accounts with Citibank were "included in bankruptcy."

12. On May 20, 2003, Plaintiff wrote to Citibank demanding that it remove the erroneous bankruptcy reporting from her credit profile.

13. On or about June 2, 2003, the bankruptcy notation was deleted from the credit profile.

14. On or about April 20, 2004, Plaintiff learned that Citibank had for the third time reported that Plaintiff's Accounts with Citibank were "included in bankruptcy."

15. Thereafter, Plaintiff called and wrote to Citibank demanding that it again remove the erroneous bankruptcy reporting from her credit profile.

16. On or about July 30, 2004, Citibank deleted the bankruptcy reporting.

17. On or about January 18, 2005, Plaintiff learned that Citibank had for the fourth time erroneously reported on Plaintiff's credit profile that Plaintiff's Accounts with Citibank were "included in bankruptcy."

18. On or after January 18, 2005, Plaintiff again contacted Citibank to dispute the inclusion of a bankruptcy on her credit profile.

19. On or about July 1, 2005, Plaintiff learned for the fifth time that Citibank was still erroneously reporting on Plaintiff's credit profile that Plaintiff's Accounts with Citibank were "included in bankruptcy."

20. In late July of 2005, the bankruptcy notation was again removed from Plaintiff's credit profile.

21. In June and July of 2006, the Accounts were once again, and for the sixth time, shown on Plaintiff's credit profile as included in bankruptcy.

22. The reporting of a bankruptcy on a credit report is considered an adverse entry.

23. Only Citibank has reported the existence of a bankruptcy on Plaintiff's credit profile.

24. Plaintiff has never sought relief under the United States Bankruptcy Code.

## STATEMENT OF CLAIM AS AGAINST CITIBANK

25. Plaintiff restates paragraphs 1 through 24 as though restated herein.

26. In the entire course of its actions complained of herein, Citibank violated the provisions of the FCRA willfully and/or negligently failing to comport with provisions of the FCRA, including but not limited to § 1681s-2(b).

27. Citibank's violations of the FCRA have substantially damaged Plaintiff by causing her loss of credit, less favorable credit, damage to her credit scores, inconvenience, humiliation, fear, embarrassment, frustration, anxiety, severe emotional distress and other emotional and mental anguish, and other incidental and consequential damages, which were reasonably foreseeable by Citibank.

28. Citibank acted intentionally and willfully in continuing to report an erroneous bankruptcy on Plaintiff's credit reports, or acted with reckless disregard for her rights and interests and the interests of the general public, such as to justify an award of punitive damages against Citibank.

29. Citibank's false statements were made with actual malice, as evidenced by their repeated publication.

30. Citibank defamed Plaintiff.

31. Plaintiff hereby demands a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that any jury hearing this matter grant the following relief as against Citibank (New York State), as trustee for The Student Loan Corporation, a member of Citigroup, and The Student Loan Corporation, a member of Citigroup:

      a.      actual and consequential damages;

      b.      statutory damages;

      c.      punitive and special damages;

      d.      attorney's fees;

      e.      costs;

      f.      prejudgment and post judgment interest at the highest rate allowed thereon; and

      g.      that this court return judgment for an award of any attorneys' fees and costs incurred post-judgment in the collection of any award or judgment entered.

GUST ROSENFELD P.L.C.

By /s/ *Madeleine C. Wanslee* -#012590
Madeleine C. Wanslee
Attorneys for *Vista Miller*

MCW:lml 664130.1

5

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Vista Miller

## DEFENDANTS
Citibank (New York State), as trustee for The Student Loan Corporation, a member of Citigroup; The Student Loan Corporation, a member of Citigroup

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Gust Rosenfeld, PLC
201 East Washington #800; Phoenix AZ 85004-2327
602-257-7430

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Fair Credit Reporting Act, 15 U.S.C. § 1681

Brief description of cause:
Violation of the Fair Credit Reporting Act - Defamation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions:)
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD
/s/ Madeleine C. Wanslee - 012590

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.  **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.  **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**   Example: U.S. Civil Statute: 47 USC 553
   Brief Description: Unauthorized reception of cable service

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.