**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Jennifer M. Dubay, SBN013204, dubayj@gtlaw.com
Attorneys for Defendants Citibank, N.A., successor by merger of Citibank (New York State), as Trustee for The Student Loan Corporation and The Student Loan Corporation, a member of Citigroup

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vista Miller, | NO. CV06-2033-PHX-DGC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Citibank (New York State), as trustee for The Student Loan Corporation, a member of Citigroup; The Student Loan Corporation, a member of Citigroup, | |
| Defendants. | |

Defendants Citibank N.A., successor by merger of Citibank (New York State), as Trustee for The Student Loan Corporation, and The Student Loan Corporation, a member of Citigroup, through their undersigned attorneys, hereby notify the Court that the parties have settled the above-captioned action. The parties will submit appropriate dismissal papers within the next thirty (30) days.

PHX 327766651v1

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

1  DATED this 21st day of February, 2007.

2  GREENBERG TRAURIG, LLP

By: *[signature]*
Jennifer M. Dubay
Attorneys for Defendant Citibank, N.A., successor by merger of Citibank (New York State), as Trustee for The Student Loan Corporation and The Student Loan Corporation, a member of Citigroup

## CERTIFICATE OF SERVICE

☒ I hereby certify that on February 21st, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

mwanslee@gustlaw.com, rms@gustlaw.com
drosen@gustlaw.com

☐ I hereby certify that on February ____, 2007, I served the attached document by facsimile on the following:

☐ I hereby certify that on February ____, 2007, I served the attached document by U.S. Mail on the following:

s/Tammy Mowen

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

- 3 -

PHX 327766651v1