# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VISTA MILLER,<br><br>　　　　　PLAINTIFF,<br><br>　　v.<br><br>CITIBANK (NEW YORK STATE), AS TRUSTEE FOR THE STUDENT LOAN CORPORATION, A MEMBER OF CITIGROUP; THE STUDENT LOAN CORPORATION, A MEMBER OF CITIGROUP,<br><br>　　　　　DEFENDANTS. | Case No.:  CV-06-2033-PHX-DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED dismissing this matter with prejudice as to Defendants Citibank, N.A., successor by merger of Citibank (New York State), as Trustee for The Student Loan Corporation, a member of Citigroup; and The Student Loan Corporation, a member of Citigroup, with all parties bearing their own attorneys' fees and costs.

Dated this 23rd day of March, 2007.

_____
David G. Campbell
United States District Judge

718418.1

1